# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL SANTOS, : | |
| Plaintiff : | |
| : | CIVIL NO. 3:12-cv-1363 |
| v. : | |
| : | (Judge Nealon) |
| UNITED STATES OF AMERICA, : | |
| Defendant : | (Magistrate Judge Blewitt) |

## ORDER

**NOW**, this 8th day of August, 2013, **IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Report and Recommendation (Doc. 36) is **ADOPTED**.

2. Defendant's Motion to Dismiss (Doc. 16) is **GRANTED**.

3. Plaintiff's Federal Tort Claims Act claim (Doc. 1) against Defendant United States is **DISMISSED with prejudice**.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**